JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 89–5477 (A–176). WAYE *v.* TOWNLEY, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. 

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–6023. KUNKLE *v.* TEXAS, *ante*, p. 925;

No. 87–746. MICHAEL H. ET AL. *v.* GERALD D., 491 U. S. 110;

No. 87–1293. BHANDARI *v.* FIRST NATIONAL BANK OF COMMERCE, *ante*, p. 901;

No. 87–1697. WILKINSON *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL., *ante*, p. 408;

No. 87–1711. COUNTY OF YAKIMA ET AL. *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL., *ante*, p. 408;

No. 87–1854. CORY *v.* STANDARD FEDERAL SAVINGS & LOAN ASSN. ET AL., *ante*, p. 918;

No. 87–5666. HIGH *v.* ZANT, WARDEN, *ante*, p. 926;

No. 87–5765. STANFORD *v.* KENTUCKY, *ante*, p. 361;

No. 87–6026. WILKINS *v.* MISSOURI, *ante*, p. 361;

No. 87–6406. WILLIAMS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 925;

No. 87–6997. CARELLA *v.* CALIFORNIA, 491 U. S. 263;

No. 88–226. WARD ET AL. *v.* ROCK AGAINST RACISM, 491 U. S. 781;

No. 88–305. SOUTH CAROLINA v. GATHERS, 490 U. S. 805;

No. 88–664. DIAMOND v. CHARLES ET AL., *ante*, p. 905;

No. 88–1745. COWHIG v. MARSH, SECRETARY OF THE ARMY, *ante*, p. 906;

No. 88–1760. WORRELL v. B. F. GOODRICH CO., 491 U. S. 907;

No. 88–1817. BARROW v. WAHL ET AL., 491 U. S. 907;

No. 88–1854. DAVENPORT v. UNITED STATES, 491 U. S. 907;

No. 88–5189. CREWS v. ILLINOIS, *ante*, p. 925;

No. 88–5237. GUERRA v. TEXAS, *ante*, p. 925;

No. 88–5437. WILLIAMS v. GEORGIA, *ante*, p. 925;

No. 88–5581. POGGI v. CALIFORNIA, *ante*, p. 925;

No. 88–6154. BEATY v. ARIZONA, 491 U. S. 910;

No. 88–6957. LIGHTSEY v. YEAGER, WARDEN, ET AL., *ante*, p. 909;

No. 88–6977. JOHNSON v. DEPARTMENT OF JUSTICE, 490 U. S. 1111;

No. 88–7062. BEETS v. TEXAS, *ante*, p. 912;

No. 88–7110. PANTOJA v. STATEVILLE CORRECTIONAL CENTER ET AL., *ante*, p. 921;

No. 88–7111. BYNUM v. WOOD, *ante*, p. 909;

No. 88–7114. MADSEN v. MORRELL ET AL., *ante*, p. 909;

No. 88–7116. HART v. FRAME ET AL., *ante*, p. 909;

No. 88–7120. HERNANDEZ v. CALIFORNIA, 491 U. S. 910;

No. 88–7169. MASON v. REES, WARDEN, *ante*, p. 921;

No. 88–7203. SHANNON v. O'LEARY, WARDEN, ET AL., *ante*, p. 922;

No. 88–7206. COLEMAN ET AL. v. BUTLER, *ante*, p. 922;

No. 88–7331. WILLIAMS v. NEW YORK ET AL., *ante*, p. 923;

No. 88–7355. HOLLAND v. UNITED STATES, *ante*, p. 924;

No. 88–7394. NGUYEN v. OKLAHOMA, *ante*, p. 925;

No. 88–7408. IN RE QUALMAN ET UX., *ante*, p. 916; and

No. 88–7458. DARWALL, AKA FARMER v. MICHIGAN ET AL., *ante*, p. 925. Petitions for rehearing denied.

No. 88–309. WYOMING v. UNITED STATES ET AL., *ante*, p. 406. Petition for rehearing filed by Wyoming denied. Petition for rehearing filed by respondents Bradford Bath et al. denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 88–5868. BELMONTES v. CALIFORNIA, 488 U. S. 1034. Motion for leave to file petition for rehearing denied.